| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | Dale H. Oliver (Bar No. 155467)<br>Michael E. Williams (Bar No. 181299) |
| 3 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543 |
| 4 | Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100 |
| 5 | |
| 6 | Jennifer A. Kash (Bar No. 203679)<br>W. Paul Schuck (Bar No. 203717) |
| 7 | 50 California Street, 22nd Floor<br>San Francisco, California  94111 |
| 8 | Telephone: (415) 875-6600<br>Facsimile:  (415) 875-6700 |
| 9 | Attorneys for Plaintiff<br>DIRECTV, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD L. GOMEZ, and JOHN DOES 1-10,<br><br>  Defendants. | CASE NO. CV04-6202 AWI SMS<br><br>STIPULATION RE: DISMISSAL OF ACTION AGAINST DEFENDANT EDWARD GOMEZ<br><br>Court:  The Honorable Anthony W. Ishii |

Pursuant to the terms of a confidential settlement agreement between the parties, Plaintiff DIRECTV, Inc. and Defendant Edward Gomez hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to the dismissal of all claims against Defendant Edward Gomez with prejudice and without attorneys' fees or cost.  Nothing in this dismissal will affect the Court's ability or

jurisdiction to enforce the terms of the Permanent Injunction entered in this action or the Court's ability or jurisdiction to enforce the terms of the settlement agreement.

DATED: June 27, 2005

                            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                            By: /s/ Paul Schuck
                            Dale Oliver
                            Michael E. Williams
                            Paul Schuck
                            Attorneys for Plaintiff
                            DIRECTV, INC.

Dated: May 25, 2005            EDWARD L. GOMEZ

                            By:  /s/ Edward L. Gomez
                                   Edward L. Bomez

                            ORDER

IT IS SO ORDERED.

**Dated:  June 29, 2005**              **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE